IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 3:05CV247-H |
| BILL D. STALLINGS and ) STALLINGS SALVAGE, INC., ) | |
| Defendants. ) | |

**ORDER**

Upon stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the time within which the Defendants must file an answer or other responsive pleading is extended through March 30, 2006.

**SO ORDERED**.

Signed: January 23, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

1